NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEELAND O. WHITE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3146

---

Petition for review of the Merit Systems Protection Board in No. DA3330120297-I-1.

---

**ON MOTION**

---

**O R D E R**

Leeland O. White moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

WHITE V. MSPB                                                                2

                                        FOR THE COURT


                                         /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk

s21